FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

DEC 1 5 2008

JAMES N. HATTEN, Clerk
By
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN A. PAINTER, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| JUDGE TAMMY COX STOKES, | : | CIVIL ACTION NO. |
| SPENCER LAWTON, JR., District | : | 1:08-CV-3655-TWT |
| Attorney, | : | |
| Defendants. | : | |

## ORDER and OPINION

Plaintiff, Glenn A. Painter, confined in the Chatham County Detention Center in Savannah, Georgia, has submitted a complaint against two Chatham County officials, Judge Tammy Cox Stokes and Spencer Lawton, Jr., District Attorney, and complains regarding his criminal proceedings in Chatham County. (Doc. No. 1.)

A federal-law action may be brought in a judicial district where any defendant resides, if all defendants reside in the same State, or in the judicial district in which the claims arose. 28 U.S.C. § 1391(b); New Alliance Party of Ala. v. Hand, 933 F.2d 1568, 1570 (11th Cir. 1991) (applying § 1391(b)'s venue provisions to a § 1983 action). When venue is improper, the court may, in the interest of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a).

Chatham County is located within the Southern District of Georgia. Accordingly, venue is improper in this district, and this Court finds it to be in the interest of justice to transfer this action to the United States District Court for the Southern District of Georgia.

**IT IS ORDERED** that this action is hereby **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**, along with all orders, motions, affidavits, pleadings and exhibits (if any) filed herein for further proceedings under 28 U.S.C. § 1915A and 42 U.S.C. § 1983.

**IT IS SO ORDERED**, this _15_ day of _December_, 2008.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)